No.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40922
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIA ANGELICA GONZALEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-99-CR-178-2
--------------------
April 7, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, court-appointed counsel for Maria Angelica Gonzalez, has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Gonzalez has failed to file a response.  Our independent review of the briefs and record discloses no nonfrivolous issue.  Accordingly, counsel is excused from further responsibilities herein, and the appeal is dismissed.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.